**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **JACOB OLIVER,** § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | Civil Action No. 3:18-CV-01549-B |
| § | | |
| **UNIVERSITY OF TEXAS** § | | |
| **SOUTHWESTERN MEDICAL** § | | |
| **SCHOOL, et al,** § | | |
| Defendants. § | | |

**JOINT MOTION TO WAIVE FACE-TO-FACE REQUIREMENT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE JANE J. BOYLE:

COME NOW Parties, Plaintiff Jacob Oliver ("Plaintiff") and Defendants University of Texas Southwestern Medical School ("UTSW"), Angela Mihalic, M.D. and Jon Williamson, Ph.D. ("Defendants"), and file this Joint Motion to Waive the Face-to-Face Requirement for the Rule 26(f) conference, and respectfully show as follows:

Per the Court's August 20, 2018, Status Report Order [Doc. 12] which states that advance Court approval must be obtained to eliminate the face-to-face requirement for the Rule 26(f) conference, the Parties' counsel have already spoken with one another and agreed to conduct the Rule 26(f) conference via telephone on August 31. Prior to the telephone conference, Counsel will exchange a draft(s) of the Joint Status Report for review, discussion and revision and anticipate reaching agreement and timely filing the court-ordered Joint Status Report. Furthermore, Defendants' counsel's office is in Austin, Texas, which makes a face-to-face meeting difficult. Accordingly, counsel for the Parties respectfully request that this Court waive the face-to-face requirement for the Rule 26(f) Conference.

Respectfully submitted,

*/s/ Yvonne D. Bennett*
**YVONNE D. BENNETT**
Assistant Attorney General
Texas Bar No.24052183
P.0. Box 12548
Austin, Texas 78711
Phone No. (512) 463-2120 /
Fax No. (512) 320-0667
Yvonne.Bennett@oag.texas.gov
**COUNSEL FOR DEFENDANTS**

*/s/ John H. Crouch*
John H. Crouch, IV
State Bar No. 00783906
Kilgore & Kilgore, PLLC
3109 Carlisle, Suite 200
Dallas, TX 75204
jhc@kilgorelaw.com
**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served via the Court's electronic notification system on August 24, 2018 to:

John H. Crouch, IV
State Bar No. 00783906
Kilgore & Kilgore, PLLC
3109 Carlisle, Suite 200
Dallas, TX 75204
jhc@kilgorelaw.com
Attorneys for Plaintiff Jacob Oliver

*/s/ Yvonne D. Bennett*
YVONNE D. BENNETT
Assistant Attorney General